**THE LAW OFFICES OF**
**PETER SVERD**
— P L L C —

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
📠 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2024

May 15, 2024

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*OK, extension granted*
*Colleen McMahon*
*5/15/2024*

Re: Dylan Miles v. City of New York, et al., 23 CV 7538 (CM)(BCM)
**Letter Application To Extend Deadline to Re-Open Case/ Consummate Settlement**

Greetings Your Honor,

The undersigned represents the Plaintiff, Dylan Miles, in the above referenced matter. Plaintiff requests an enlargement of time to restore this case to active status, beyond the deadline set forth in This Court's April 15, 2024 Order of Dismissal (Doc. 38). As of today, the parties have not consummated the settlement of this case. Plaintiff asks that it be given through June 15, 2024 to restore this case to active status if the settlement agreement is not consummated.

This is the first application being made for the relief sought herein, and the application is timely made. The April 15, 2024 Ordered that "any application to reopen must be filed within (30) thirty days of this Order. The deadline imposed by The Court is today, May 15, 2024. Opposing counsel Amy Robinson, Esq. counsel consents to this application.

If the application is denied, then Plaintiff requests that this matter be restored to active status to preserve Plaintiff's legal rights.

Thank you for your courtesy in this matter.

Very truly yours,

Peter Sverd, Esq.

To: Amy Robinson, Esq. Corporation Counsel by NYSCEF Only.